FILED

2008 JUL 21 PM 3:45

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

Jin Rie

PLAINTIFF/PETITIONER,

v.

Ron Galperin, et al

DEFENDANT(S).

CASE NUMBER

**CV08 4774**

REQUEST TO PROCEED
IN FORMA PAUPERIS WITH
DECLARATION IN SUPPORT

I, __Jin Rie__, declare under penalty of perjury, that the foregoing is true and correct; that I am the petitioner/plaintiff in the above entitled case; that in support of my motion to proceed without being required to prepay fees, costs or give security therefore, I state that because of my poverty I am unable to pay the costs of said proceedings or to give security therefore and that I am entitled to redress.

I further declare under penalty of perjury that the responses which I have made to the questions and instructions below are true, correct and complete.

1. Are you presently employed? ☐Yes  ☒No

    a. If the answer is yes, state the amount of your salary or wages per month, and give the name and address of your employer. _____

    b. If the answer is no, state the date of last employment and the amount of the salary and wages per month which you received. __1989; I don't remember the amount.__

2. Have you received, *within the past twelve months*, any money from any of the following sources?

    a. Business, profession or form of self-employment?   ☒Yes  ☐No
    b. Rent payments, interest or dividends?              ☐Yes  ☒No
    c. Pensions, annuities or life insurance payments?    ☐Yes  ☒No
    d. Gifts or inheritances?                             ☐Yes  ☒No
    e. Any other income (other than listed above)?        ☐Yes  ☒No
    f. Loans?                                             ☐Yes  ☒No

   If the answer to any of the above is yes, describe such source of money and state the amount received from each source during the past twelve (12) months; __Self-employment. But during past 12 months, I had low income influenced by incident of wrongful eviction, etc. in June-August, 2006__

REQUEST TO PROCEED IN FORMA PAUPERIS WITH DECLARATION IN SUPPORT

CV-60 (04/06)

Page 1 of 2

3. Do you own any cash, or do you have money in a checking or savings account? (Include any funds in prison accounts, if applicable.) ☒Yes ☐No

   If the answer is yes, identify each account and separately state the amount of money held in **each** account for each of the *six (6) months prior* to the date of this declaration. $200 cash  $3500 in Wilshire State Bank  $500 in Hanmi Bank.

4. Do you own any real estate, stocks, bonds, notes, automobiles, or other valuable property (excluding ordinary household furnishings and clothing)? ☒Yes ☐No

   If the answer is yes, describe the property and state its approximate value: Infiniti (1996) $2500

5. In what year did you last file an Income Tax return? 2007
   Approximately how much income did your last tax return reflect? —$24,000 (minus income)

6. List the persons who are dependent upon your for support, state your relationship to those persons, and indicate how much you contribute toward their support: Heather Rie, daughter, $200/month

I understand that a false statement or answer to any question in this declaration will subject me to penalties for perjury. I further understand that perjury is punishable by a term of imprisonment of up to five (5) years and/or a fine of $250,000 (18 U.S.C. Sections 1621, 3571).

____California____          ____Los Angeles____
State                        County (or City)

I, __Jim Rie__, declare under penalty of perjury that the foregoins is true and correct.

__7, 20, 2008__              __Jim Rie__
Date                         Plaintiff/Petitioner (Signature)