# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

## NOTICE OF DOCUMENT DISCREPANCIES

*FILED CLERK U.S. DISTRICT COURT · AUG 25 2008 · CENTRAL DISTRICT OF CALIFORNIA · BY ___ DEPUTY*

To: ☐ U.S. District Judge / ☑ U.S. Magistrate Judge __Nagle__

From: __E. Corson__, Deputy Clerk   Date Received: __8/19/08__

Case No.: __CV-08-4774-UA__   Case Title: __Jin Rie v. Galperin, et al__

Document Entitled: __"A Question"__

---

Upon the submission of the attached document(s), it was noted that the following discrepancies exist:

☐ Local Rule 11-3.1  Document not legible
☐ Local Rule 11-3.8  Lacking name, address, phone and facsimile numbers
☐ Local Rule 11-4.1  No copy provided for judge
☐ Local Rule 19-1    Complaint/Petition includes more than ten (10) Does or fictitiously named parties
☐ Local Rule 15-1    Proposed amended pleading not under separate cover
☐ Local Rule 11-6    Memorandum/brief exceeds 25 pages
☐ Local Rule 11-8    Memorandum/brief exceeding 10 pages shall contain table of contents
☐ Local Rule 7.1-1   No Certification of Interested Parties and/or no copies
☐ Local Rule 6.1     Written notice of motion lacking or timeliness of notice incorrect
☐ Local Rule 56-1    Statement of uncontroverted facts and/or proposed judgment lacking
☐ Local Rule 56-2    Statement of genuine issues of material fact lacking
☐ Local Rule 7-19.1  Notice to other parties of ex parte application lacking
☐ Local Rule 16-6    Pretrial conference order not signed by all counsel
☐ FRCvP Rule 5(d)    No proof of service attached to document(s)
☑ Other: __No case pending; Order filed 7/31/08 denied leave to file without payment of the filing fee. Plaintiff's request for legal advice regarding the substance of the 7/31/08 Order is inappropriate.__

Note: Please refer to the court's Internet website at www.cacd.uscourts.gov for local rules and applicable forms.

---

## ORDER OF THE JUDGE/MAGISTRATE JUDGE

IT IS HEREBY ORDERED:

☐ The document is to be filed and processed. The filing date is ORDERED to be the date the document was stamped "received but not filed" with the Clerk. Counsel* is advised that any further failure to comply with the Local Rules may lead to penalties pursuant to Local Rule 83-7.

_____   _____
Date                       U.S. District Judge / U.S. Magistrate Judge

☑ The document is **NOT** to be filed, but instead **REJECTED**, and is ORDERED returned to *counsel. *Counsel shall immediately notify, in writing, all parties previously served with the attached documents that said documents have **not** been filed with the Court.

__8/22/08__                __Margaret A. Nagle__
Date                       ~~U.S. District Judge~~ / U.S. Magistrate Judge

*The term "counsel" as used herein also includes any pro se party. See Local Rule 1-3.

---

CV-104A (12/03)   NOTICE OF DOCUMENT DISCREPANCIES

*GPO U.S. GOVERNMENT PRINTING OFFICE: 2006-572-754/59178*

Jin Rie
East West Institute
401 N. Bixel St.
Los Angeles, CA 90026

Plaintiff in pro per

(213) 482-1804

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JIN RIE, an individual dba EAST WEST INSTITUTE<br><br>Plaintiff,<br><br>vs.<br><br>RON S. GALPERIN, an individual dba LAW OFFICES OF RON S. GALPERIN; MARK WALTER, an individual; CORY CROSBY, an individual; and DOES 1-10, inclusive,<br><br>Defendants. | Case No.: CV-08-4774<br><br>A QUESTION |

TO THE COURT:

    After filing the complaint, Plaintiff received the attached Order dated 7/31/08, which denied his request, from this Court. He read Comments such as "Failure to state income over past 12 months; complaint contains false representations about events in prior federal action (CV

CCOMPLAINT - 1

1 | 07-4582-CAS (CWx)), in violation of Fed. R. Civ. P. 11; no cognizable federal cause of action
2 | alleged; no basis for federal jurisdiction alleged."

3 |      Now, Plaintiff has a question regarding "complaint contains false representations about events in prior federal action (CV 07-4582-CAS (CWx)), in violation of Fed. R. Civ. P. 11". Specifically, according to the opinion of this Court, which parts of the complaint contain false representations about events in prior federal action (CV 07-4582-CAS (CWx))? Please specifically point out those parts in Paragraph numbers and Line numbers. Plaintiff will welcome the explanations why they are false representations, if necessary.

     After receiving the answers about the parts of false representations, he will correct those parts (or explain why they are not false representations) and re-file it again. Plaintiff thinks there seemed to some false representations in the complaint because of Plaintiff's inadvertent mistakes or insufficient legal knowledge.

DATED: August 17, 2008

_____
Jin Rie, Plaintiff in pro per

LODGED

2008 JUL 21 PM 3:49

FILED

2008 JUL 31 AM 10:41

CLERK U.S. DISTRICT COURT
CENTRAL DIST. OF CALIF.
LOS ANGELES

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

JIN RIE

PLAINTIFF(S)

V.

RON S. GALPERIN, ET AL;

DEFENDANT(S)

CASE NUMBER

CV08-4774

**ORDER RE LEAVE TO FILE ACTION WITHOUT PREPAYMENT OF FILING FEE**

**IT IS ORDERED** that the complaint may be filed without prepayment of the filing fee.

Note: This order does not authorize service of the complaint by the U.S. Marshal. Further proceedings in this matter are subject to the orders of the Judge to whom the case is assigned.

_____    _____
Date                     United States Magistrate Judge

**IT IS RECOMMENDED** that the request of plaintiff/petitioner to file the action without prepayment of the filing fee be **DENIED** for the following reason(s):

[✓] Inadequate showing of indigency          [✓] District Court lacks jurisdiction
[✓] Legally and/or factually patently frivolous    [ ] Immunity as to _____

[ ] Other: _____

Comments: Failure to state income over past 12 months; Complaint contains false representations about events in prior federal action CCV07-4582-CAS(CWs), in violation of Fed.R.Civ.P. 11; no cognizable federal cause of action alleged; no basis for federal jurisdiction alleged.

July 23, 2008                    Margaret A. Nagle
Date                             United States Magistrate Judge

**IT IS ORDERED** that the request of plaintiff to file the action without prepayment of the filing fee is:
[ ] **GRANTED**     [✓] **DENIED** (See comments above).

7/29/08                          [signature]
Date                             United States District Judge

CV-73A (02/05)    ORDER RE LEAVE TO FILE ACTION WITHOUT PREPAYMENT OF FILING FEE